United States Bankruptcy Court
Central District of California

In re:  Case No. 22-10162-VZ
Robert Daniel Ghiuzelian  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Oct 17, 2022      Form ID: ntc13pln      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Daniel Ghiuzelian, 53 Meadow View Drive, Pomona, CA 91766-4906 |
| 41065191 | + | Cheryl Ghiuzelian, 53 Meadow View Drive, Pomona, CA 91766-4906 |
| 41065196 | + | Specialized Loan Servicing, PO Box 630147, Littleton, CO 80163-0147 |
| 41065197 | + | The Mortgage Law Firm, PLC, 27455 Terra Alta Way, Ste. B, Temecula, CA 92590-3498 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Oct 18 2022 00:46:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Oct 18 2022 00:47:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Oct 18 2022 00:46:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2022 00:56:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 41065189 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 18 2022 00:47:00 | Bridgecrest, 7300 E. Hampton Avenue, Ste. 101, Mesa, AZ 85209-3324 |
| 41065190 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2022 00:55:56 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 41074330 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 18 2022 00:47:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 41065192 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 18 2022 00:55:49 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 41065193 | ^ | MEBN | Oct 18 2022 00:46:49 | Curacao, 1605 W. Olympic Blvd., Los Angeles, CA 90015-3808 |
| 41128568 | | Email/Text: BKBNCNotices@ftb.ca.gov | Oct 18 2022 00:47:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41128806 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 18 2022 00:47:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 41065194 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2022 00:56:07 | JPMCB - Card Services, 301 N. Walnut Street, Floor 09, Wilmington, DE 19801-3935 |
| 41107712 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2022 00:55:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41065195 | + | Email/PDF: cbp@onemainfinancial.com | Oct 18 2022 00:55:57 | One Main Financial, PO Box 1010, Evansville, IN |

Case 2:22-bk-10162-VZ    Doc 35    Filed 10/19/22    Entered 10/19/22 21:23:16    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 17, 2022 | Form ID: ntc13pln | Total Noticed: 22 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 41078536 | + | Email/PDF: cbp@onemainfinancial.com | Oct 18 2022 00:55:48 | 47706-1010<br>OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 41311817 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2022 00:56:09 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 41107711 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2022 00:55:50 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41129077 | + | Email/Text: bkenotice@rushmorelm.com | Oct 18 2022 00:46:00 | U.S. Bank, N.A. as Trustee, for Truman 2021 SC9 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I |
| cr | | U.S. Bank National Association as Legal Title Trus |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Robert Daniel Ghiuzelian bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Diane Weifenbach | on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust diane@attylsi.com bankruptcy1@attylsi.com |
| Diane Weifenbach | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF THE TRUMAN 2021 SC9 TITLE TRUST diane@attylsi.com, bankruptcy1@attylsi.com |
| Nancy K Curry (TR) | TrusteeECFMail@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 5

**United States Bankruptcy Court**
**Central District of California**

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Robert Daniel Ghiuzelian
**SSN:** xxx–xx–4971
**EIN:** N/A

53 Meadow View Drive
Pomona, CA 91766

**BANKRUPTCY NO.** 2:22–bk–10162–VZ
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: October 17, 2022

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln − ncp13 v.12/20)

**34 / NV**