


**This page is part of your document - DO NOT DISCARD**



# 20190067470



**Pages:
0002**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**01/23/19 AT 03:41PM**

|  |  |
|---|---|
| FEES: | 20.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 95.00 |



9012311486

EXHIBIT "3"

\*\*\*Send All Notices to Assignee\*\*\*

RECORDING REQUESTED BY:
WELLS FARGO BANK, N.A.
1000 BLUE GENTIAN RD
SUITE 200
EAGAN, MN 55121

AND WHEN RECORDED MAIL TO
WELLS FARGO BANK, N.A.
1000 BLUE GENTIAN RD #200
MAC: N9289-018
EAGAN, MN 55121-4400
ATTN: ASSIGNMENT TEAM

## ASSIGNMENT OF DEED OF TRUST

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **WELLS FARGO BANK, N.A.** , **1 HOME CAMPUS , DES MOINES, IA 50328** . For VALUE RECEIVED, the undersigned hereby does convey, assign, transfer and set over to: **SPECIALIZED LOAN SERVICING LLC , 8742 LUCENT BLVD SUITE 300 , HIGHLANDS RANCH, CO 80129** , assignee, the described deed of trust, with all interest, all liens, and any rights due or to become due thereon. Said Deed of Trust for **$165000.00** is recorded in the State of **CA** , County of **Los Angeles** Official Records, dated **12/11/2002** and recorded **12/20/2002** , as Instrument No. **02 3132947**

Executed by **ROBERT D. GHIUZELIAN AND CHERYL LYNN GHIUZELIAN HUSBAND AND WIFE AS JOINT TENANTS** , as Trustors and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR UNITED FINANCIAL MORTGAGE CORP., ITS SUCCESSORS AND ASSIGNS** as the original beneficiary. Legal Description: **As more fully described in said Deed of Trust.**

Dated: **01/23/2019**
WELLS FARGO BANK, N.A.

*Mary E Mathewson*

By: MARY E MATHEWSON Vice President Loan Documentation

STATE OF MN
COUNTY OF Dakota } S.S.

On **01/23/2019** before me, **JAY KENNETH SANDAHL** , a Notary Public, personally appeared **MARY E MATHEWSON** , **Vice President Loan Documentation** of **WELLS FARGO BANK, N.A.** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

*Sandahl*

JAY KENNETH SANDAHL, Notary Public
Expires: 01/31/2019

JAY KENNETH SANDAHL
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/19

2492edd7

**This page is part of your document - DO NOT DISCARD**



**20220513853**



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**05/11/22 AT 08:00AM**

Pages: 0002

| | |
|---|---:|
| FEES: | 22.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 97.00 |




LEA4621-29

RECORDING REQUESTED BY: CSC/INGEO
Title365
WHEN RECORDED MAIL TO:
FIRST AMERICAN MORTGAGE SOLUTIONS
1795 INTERNATIONAL WAY
IDAHO FALLS, ID 83402
PH. 208-528-9895
**CALIFORNIA**
**COUNTY OF LOS ANGELES**

# CORPORATION ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, SPECIALIZED LOAN SERVICING, LLC, located at 6200 S. QUEBEC ST., GREENWOOD VILLAGE, CO 80111, Assignor, does hereby assign to U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR TRUMAN 2021 SC9 TITLE TRUST, located at 60 LIVINGSTON AVENUE EP-MN-WS3D, ST PAUL, MN 55107, Assignee, its successors and assigns, all its rights, title and interest in and to that certain Deed of Trust dated DECEMBER 11, 2002, executed by ROBERT D. GHIUZELIAN AND CHERYL LYNN GHIUZELIAN HUSBAND AND WIFE AS JOINT TENANTS, Trustor, to STEWART TITLE OF CALIFORNIA, Trustee, for the benefit of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR UNITED FINANCIAL MORTGAGE CORP., ITS SUCCESSORS AND ASSIGNS, Original Beneficiary, and recorded on DECEMBER 20, 2002 as Instrument No. 02 3132947 in the official records of the County Recorder's Office in and for the County of LOS ANGELES, State of CALIFORNIA.
LEGAL DESCRIPTION: **AS DESCRIBED IN SAID DEED OF TRUST REFERRED TO HEREIN**
COMMONLY KNOWN AS: **53 MEADOW VIEW DRIVE, POMONA, CA 91766**
TOGETHER WITH all rights accrued or to accrue under said Deed of Trust.
IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed on APR 20 2022.
SPECIALIZED LOAN SERVICING, LLC BY RUSHMORE LOAN MANAGEMENT SERVICES LLC AS ATTORNEY-IN-FACT

Name: David Segovia
Title: Assistant Secretary

STATE OF **TEXAS**        COUNTY OF **DALLAS** ) ss.
On **APR 20 2022**, before me, **Sandra Cuellar**, personally appeared **David Segovia** known to me to be the **Assistant Secretary** of RUSHMORE LOAN MANAGEMENT SERVICES LLC AS ATTORNEY-IN-FACT FOR SPECIALIZED LOAN SERVICING, LLC the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

Sandra Cuellar
(COMMISSION EXP. **5-6-2024**)
NOTARY PUBLIC

SANDRA CUELLAR
Notary Public, State of Texas
Comm. Expires 05-06-2024
Notary ID 132467105

Page 1 of 1