**PAYMENT CHANGES**

| DATE | P&I | Escrow | TOTAL | Reference |
|---|---|---|---|---|
| 10/01/18 | 718.92 | | 1,075.69 | Payment listed in POC |
| 02/01/22 | 718.92 | 396.16 | 1,115.08 | Payment listed in POC |

| | |
|---|---|
| Loan#: | |
| Borrower: | Ghuzelian |
| Date Filed: | 1/12/2022 |
| BK Case #: | 22-10162 |
| 1st Post Petition Due Date: | 2/1/2022 |
| POC covers: | 10/2018-1/2022 |
| MOD EFFECTIVE DATE: | N/A |

| Date | Amount received | Payment Type | Post-petition due date | Contractual due date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Suspense Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 2/16/2022 | $1,075.69 | Post | Suspense | | | $0.00 | $1,075.69 | | $1,075.69 | | | | $0.00 | $0.00 | | |
| 5/2/2022 | $1,115.08 | Post | 2/1/22 | 10/1/18 | $1,115.08 | $0.00 | | | $1,075.69 | | | | $0.00 | $0.00 | | |
| 5/13/2022 | $1,115.08 | Post | 3/1/22 | 11/1/18 | $1,115.08 | $0.00 | | | $1,075.69 | | | | $0.00 | $0.00 | | |
| 5/25/2022 | $1,155.08 | Post | 4/1/22 | 12/1/18 | $1,115.08 | $40.00 | $40.00 | | $1,115.69 | | | | $0.00 | $0.00 | | |
| 5/27/2022 | | Post | 5/1/22 | 1/1/19 | $1,115.08 | -$1,115.08 | | $1,115.08 | $0.61 | | | | $0.00 | $0.00 | | |
| 6/29/2022 | $1,115.08 | Post | 6/1/22 | 2/1/19 | $1,115.08 | $0.00 | | | $0.61 | | | | $0.00 | $0.00 | | |
| 7/13/2022 | $1,115.08 | Post | 7/1/22 | 3/1/19 | $1,115.08 | $0.00 | | | $0.61 | | | | $0.00 | $0.00 | | |
| 9/27/2022 | | Pre | TT Arrears | 4/1/19 | | $0.00 | | | $0.61 | 10/1/2018 | $3,663.55 | $1,075.69 | $2,587.86 | $3,663.55 | | |
| 9/28/2022 | | Pre | Pre-Petition | 5/1/19 | | $0.00 | | | $0.61 | 11/1/2018 | | $1,075.69 | $1,512.17 | $3,663.55 | | |
| 9/28/2022 | | Pre | Pre-Petition | 6/1/19 | | $0.00 | | | $0.61 | 12/1/2018 | | $1,075.69 | $436.48 | $3,663.55 | | |
| 9/28/2022 | $1,115.08 | Post | 8/1/22 | 7/1/19 | $1,115.08 | $0.00 | | | $0.61 | | | | $436.48 | $3,663.55 | | |
| 11/1/2022 | $1,115.08 | Post | 9/1/22 | 8/1/19 | $1,115.08 | $0.00 | | | $0.61 | | | | $436.48 | $3,663.55 | | |
| 11/23/2022 | | Pre | TT Arrears | 9/1/19 | | $0.00 | | | $0.61 | 1/1/2019 | $1,081.17 | $1,075.69 | $441.96 | $4,744.72 | | |
| 12/1/2022 | $1,115.08 | Post | 10/1/22 | 10/1/19 | $1,115.08 | $0.00 | | | $0.61 | | | | $441.96 | $4,744.72 | | |
| 2/15/2023 | $1,115.08 | Post | 11/1/22 | 11/1/19 | $1,115.08 | $0.00 | | | $0.61 | | | | $441.96 | $4,744.72 | | |
| POST DUE | | Post | 12/1/22 | | $1,115.08 | -$1,115.08 | | | $0.61 | | | | $441.96 | $4,744.72 | | |
| POST DUE | | Post | 1/1/23 | | $1,115.08 | -$1,115.08 | | | $0.61 | | | | $441.96 | $4,744.72 | | |
| POST DUE | | Post | 2/1/23 | | $1,115.08 | -$1,115.08 | | | $0.61 | | | | $441.96 | $4,744.72 | | |
| POST DUE | | Post | 3/1/23 | | $1,115.08 | -$1,115.08 | | | $0.61 | | | | $441.96 | $4,744.72 | | |

EXHIBIT "4"