**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
ben@nexusbk.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT DANIEL GHIUZELIAN,<br><br>Debtor. | Case No.: 2:22-bk-10162-VZ<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS CHAPTER 13 PROCEEDING**<br><br><u>Hearing</u><br>Date: May 8, 2023<br>Time: 11:30 a.m.<br>Courtroom 1368 |

TO: NANCY CURRY, CHAPTER 13 TRUSTEE, AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a hearing on the Trustee's Motion to Dismiss Chapter 13 Proceeding which was filed as docket number 42 has been set for May 8, 2023 at 11:30 a.m. Courtroom 1368 of the United States Bankruptcy Court – Los Angeles Division, located at 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012.

Date: March 22, 2023

**NEXUS BANKRUPTCY**

_____
BENJAMIN HESTON,
Attorney for Debtor

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 Bayview Circle, Suite 100
Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Hearing on Opposition Trustee's Motion to Dismiss Chapter 13 Proceeding** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/27/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR)    TrusteeECFMail@gmail.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

Diane Weifenbach    diane@attylsi.com, bankruptcy1@attylsi.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 3/27/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Vincent P. Zurzolo
255 E. Temple Street
Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **3/27/2023** | Benjamin Heston | **/s/ Benjamin Heston** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**