| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Curry, Chapter 13 Trustee<br>Masako Okuda (SBN 247925)<br>1000 Wilshire Blvd., Suite 870<br>Los Angeles, California 90017<br>Tel: (213) 689-3014<br>Fax: (213) 689-3055<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Nancy Curry, Chapter 13 Trustee | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION ||
|---|---|
| In re:<br><br>ROBERT DANIEL GHIUZELIAN,<br><br><div align="right">Debtor(s)</div> | CASE NO.: **2:22-bk-10162-VZ**<br>CHAPTER: **13**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**<u>TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE</u>** |

PLEASE TAKE NOTE that the order titled **ORDER DENYING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE** was lodged on <u>5/10/2023</u> and is attached. This order relates to the motion which is docket number <u>40</u>.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# ATTACHMENT

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

Nancy Curry, Chapter 13 Standing Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014
Fax: (213) 689-3055

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No. **2:22-bk-10162-VZ** |
| ROBERT DANIEL GHIUZELIAN, | **ORDER DENYING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE** |
| | **HEARING DATE/TIME** |
| | Date: May 8, 2023 |
| | Time: 11:30 A.M. |
| | Place: 255 E. Temple Street, |
| | Courtroom 1368 |
| Debtor. | Los Angeles, CA 90012 |

On May 8, 2023, at 11:30 a.m. in Courtroom 1368, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Vincent Zurzolo held the hearing regarding the Trustee's Motion to Dismiss Chapter 13 Case. Appearances were as noted on the record. The Court having considered the pleadings filed and statements made in open Court, and good cause appearing therefor, it is hereby:

ORDERED, that the Motion is DENIED.

####

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1000 Wilshire Blvd., Suite 870, Los Angeles, CA 90017


A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **5/10/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Benjamin Heston     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Diane Weifenbach     diane@attylsi.com, bankruptcy1@attylsi.com


**2**. **SERVED BY UNITED STATES MAIL**:  On **5/10/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Robert Daniel Ghiuzelian
53 Meadow View Drive
Pomona, CA 91766


**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/10/2023 | Santos Trujillo | /s/ Santos Trujillo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 3     **F 9021-1.2.BK.NOTICE.LODGMENT**