United States Bankruptcy Court
Central District of California

In re:                                                                                          Case No. 22-10162-VZ
Robert Daniel Ghiuzelian                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Nov 20, 2023      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 41129077 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2023 01:19:00 | U.S. Bank, N.A. as Trustee, for Truman 2021 SC9 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:

**Name**      **Email Address**

Benjamin Heston
     on behalf of Debtor Robert Daniel Ghiuzelian bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Diane Weifenbach
     on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust diane@attylsi.com bankruptcy1@attylsi.com

Diane Weifenbach
     on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF THE TRUMAN 2021 SC9 TITLE TRUST diane@attylsi.com, bankruptcy1@attylsi.com

Nancy K Curry (TR)
     TrusteeECFMail@gmail.com

District/off: 0973-2                                           User: admin                                           Page 2 of 2
Date Rcvd: Nov 20, 2023                                        Form ID: trc                                          Total Noticed: 1

United States Trustee (LA)
                ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Central District of California
Case No. 2:22-bk-10162-VZ
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert Daniel Ghiuzelian
53 Meadow View Drive
Pomona CA 91766

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/20/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: U.S. Bank, N.A. as Trustee, for Truman 2021 SC9 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619 | U.S. Bank, N.A. as Legal Title Trustee<br>for Truman 2021 SC9 Title Trust<br>c/o Rushmore Servicing<br>P.O. Box 619096<br>Dallas, TX 75261 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/22/23                                        Kathleen J. Campbell
                                                       **CLERK OF THE COURT**