**NANCY CURRY**
**CHAPTER 13 TRUSTEE**
**1000 WILSHIRE BLVD., SUITE 870**
**LOS ANGELES, CA 90017**
**Tel: (213)689-3014**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION | |
| In re:<br><br>GHIUZELIAN, ROBERT DANIEL<br><br><br><br>Debtor | CHAPTER 13<br><br>CASE NO. LA 2:22-bk-10162-VZ<br><br>DECLARATION OF JAIME MEJIA<br>RE: ENTRY OF ORDER WITHOUT HEARING<br>PURSUANT TO LOCAL BANKRUPTCY RULE |

### DECLARATION OF JAIME MEJIA

I, JAIME MEJIA, do hereby declare and state as follows:

1. Nancy Curry is the Chapter 13 Trustee for Case No. LA 2:22-bk-10162-VZ, GHIUZELIAN, ROBERT DANIEL , the debtor, in which a Trustee's Motion to Dismiss is pending before the Court.

2. I am employed by the Trustee and I am duly qualified to make this declaration. If called upon as a witness, I would and could competently testify thereto.

3. On July 31, 2024, the Trustee served a Notice and Motion to Dismiss Because of Delinquent Plan Payments (No Hearing Required) on the debtor.

4. Fourteen (14) days have expired since serving the motion and the Trustee received no opposition or response to the motion to dismiss.

5. Accordingly, the Trustee now requests dismissal of this case.

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on August 20, 2024.

/s/ Jaime Mejia

DECL TMD NO HRG - DELQ

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

> Nancy Curry, Chapter 13 Trustee
> 1000 Wilshire Blvd., Suite 870
> Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify): **DECLARATION OF JAIME MEJIA RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 20, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On August 20, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
GHIUZELIAN, ROBERT DANIEL

53 MEADOW VIEW DR.
POMONA, CA 91766

Attorney for Debtor
BENJAMIN R HESTON

19700 FAIRCHILD RD STE 280
IRVINE, CA 92612-

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 20, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| August 20, 2024 | Jaime Mejia | /s/ Jaime Mejia |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE