United States Bankruptcy Court

Central District of California

In re:                                                                                                  Case No. 22-10162-VZ
Robert Daniel Ghiuzelian                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                               User: admin                                         Page 1 of 3
Date Rcvd: Aug 20, 2024                            Form ID: van160                                     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Daniel Ghiuzelian, 53 Meadow View Drive, Pomona, CA 91766-4906 |
| 41065191 | + | Cheryl Ghiuzelian, 53 Meadow View Drive, Pomona, CA 91766-4906 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Aug 21 2024 03:30:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Aug 21 2024 03:30:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Aug 20 2024 23:36:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | EDI: PRA.COM | Aug 21 2024 03:30:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 41065189 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 20 2024 23:37:00 | Bridgecrest, 7300 E. Hampton Avenue, Ste. 101, Mesa, AZ 85209-3324 |
| 41065190 | + | EDI: CAPITALONE.COM | Aug 21 2024 03:30:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 41074330 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 20 2024 23:37:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 41065192 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2024 23:40:11 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 41065193 | | ^ MEBN | Aug 20 2024 23:32:11 | Curacao, 1605 W. Olympic Blvd., Los Angeles, CA 90015-3808 |
| 41128568 | | EDI: CALTAX.COM | Aug 21 2024 03:30:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41128806 | | EDI: JEFFERSONCAP.COM | Aug 21 2024 03:30:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 41065194 | | EDI: JPMORGANCHASE | Aug 21 2024 03:30:00 | JPMCB - Card Services, 301 N. Walnut Street, Floor 09, Wilmington, DE 19801-3935 |
| 41107712 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2024 23:40:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 2:22-bk-10162-VZ    Doc 65    Filed 08/22/24    Entered 08/23/24 03:18:57    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2024 | Form ID: van160 | Total Noticed: 22 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 41065195 | + | EDI: AGFINANCE.COM | Aug 21 2024 03:30:00 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 41078536 | + | EDI: AGFINANCE.COM | Aug 21 2024 03:30:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 41311817 | | EDI: PRA.COM | Aug 21 2024 03:30:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 41107711 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2024 23:51:03 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41065196 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 20 2024 23:36:00 | Specialized Loan Servicing, PO Box 630147, Littleton, CO 80163-0147 |
| 41762632 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 20 2024 23:36:00 | U.S. Bank, N.A. as Legal Title Trustee, for Truman 2021 SC9 Title Trust, c/o Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 41129077 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 20 2024 23:36:00 | U.S. Bank, N.A. as Trustee, for Truman 2021 SC9 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I |
| cr | | U.S. Bank National Association as Legal Title Trus |
| 41065197 | ##+ | The Mortgage Law Firm, PLC, 27455 Terra Alta Way, Ste. B, Temecula, CA 92590-3498 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2024              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Robert Daniel Ghiuzelian bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Diane Weifenbach | on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust diane@attylsi.com bankruptcy1@attylsi.com |
| Diane Weifenbach | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY, BUT |

Case 2:22-bk-10162-VZ　　Doc 65　　Filed 08/22/24　　Entered 08/23/24 03:18:57　　Desc
Imaged Certificate of Notice　　Page 3 of 4

| | |
|---|---|
| | SOLELY AS TRUSTEE OF THE TRUMAN 2021 SC9 TITLE TRUST diane@attylsi.com, bankruptcy1@attylsi.com |
| Nancy K Curry (TR) | TrusteeECFMail@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 5

FORM CACB van160-od13h
Rev. 06/2017

## United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
# [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Robert Daniel Ghiuzelian

**BANKRUPTCY NO.** 2:22-bk-10162-VZ

**CHAPTER** 13

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):  xxx-xx-4971
Employer Tax-Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 8/20/24

**Address:**
53 Meadow View Drive
Pomona, CA 91766

Pursuant to the Chapter 13 Trustee's motion to dismiss ("Motion") and supporting declaration in this case,

IT IS ORDERED that the Motion is granted, and

(1)  debtor's bankruptcy case is dismissed;

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: August 20, 2024

BY THE COURT,

**Vincent P. Zurzolo**
United States Bankruptcy Judge

Form van160-od13h Rev. 06/2017

**64 / TJ**