```
NANCY CURRY
CHAPTER 13 TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA 90017
Tel: (213)689-3014
```

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) **CHAPTER 13** <br> ) <br> ) **CASE NO. LA 2:22-bk-10162-VZ** <br> ) <br> ) **NOTICE OF INTENT TO FILE TRUSTEE'S** <br> ) **FINAL REPORT AND ACCOUNT, OBTAIN** <br> ) **DISCHARGE OF CHAPTER 13 TRUSTEE AND** <br> ) **CLOSE CASE** |
| GHIUZELIAN, ROBERT DANIEL | |
| Debtor | |

**TO: THE ABOVE-NAMED DEBTOR, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND ALL OTHER PARTIES IN INTEREST:**

   NOTICE IS HEREBY GIVEN that Chapter 13 Trustee in the above-captioned case, whose name and address is set forth in the upper left-hand portion of this Notice, has filed a Final Report and Account, a copy of which is enclosed; and

   NOTICE IS HEREBY GIVEN that any party objecting to the Final Report and Account may file and serve a written objection and request a hearing. In the event no objection is filed within thirty (30) days after the date of this Notice; the Court will discharge the Chapter 13 Trustee and close the case (see 11 U.S.C. §350(a) and Rule 5009, F.R.B.P.); and

   NOTICE IS FURTHER GIVEN that objections, if any, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the debtor(s) and the debtor(s) attorney, if any, and upon the Office of the United States Trustee.


Executed on September 9, 2024            /S/ Nancy Curry

# PROOF OF SERVICE OF DOCUMENT

In Re:   GHIUZELIAN, ROBERT DANIEL
         Case No. LA 2:22-bk-10162-VZ

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 1000 WILSHIRE BLVD., SUITE 870
> LOS ANGELES, CA  90017

The foregoing document described as **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT , OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND CLOSE CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On September 9, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On September 9, 2024, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
GHIUZELIAN, ROBERT DANIEL
53 MEADOW VIEW DR.
POMONA, CA 91766

Attorney for Debtor
BENJAMIN R HESTON
HESTON & HESTON
19700 FAIRCHILD RD STE 280
IRVINE, CA 92612-

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on September 9, 2024 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 9, 2024 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: GHIUZELIAN, ROBERT DANIEL § § § § § Case No. 2:22-bk-10162-VZ

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Curry, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 01/12/2022.

2) The plan was confirmed on 07/18/2022.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 03/08/2023, 07/31/2024.

5) The case was dismissed on 08/20/2024.

6) Number of months from filing or conversion to last payment: 21.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 31,775.78 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 31,775.78 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 2,683.05 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 6,683.05 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,000.00 |

### Scheduled Creditors:

| Creditor Name | Cla- | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FRANCHISE TAX BOARD | Pri | 0.00 | 2,299.00 | 2,299.00 | 478.01 | 0.00 |
| CARVANA LLC | Sec | 10,729.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Sec | 13,161.00 | 13,160.04 | 13,160.04 | 13,160.04 | 644.15 |
| RUSHMORE SERVICING | Sec | 53,000.00 | 51,993.81 | 51,993.81 | 10,810.53 | 0.00 |
| PINNACLE CREDIT SERVICES, LLC | Uns | 0.00 | 231.90 | 231.90 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 471.00 | 493.95 | 493.95 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Uns | 0.00 | 12.65 | 12.65 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 188.00 | 202.48 | 202.48 | 0.00 | 0.00 |
| LA CURACAO | Uns | 960.00 | NA | NA | 0.00 | 0.00 |
| JPMCB | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| BENJAMIN R HESTON | Lgl | 5,000.00 | 5,000.00 | 5,000.00 | 4,000.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 51,993.81 | $ 10,810.53 | $ 0.00 |
| Debt Secured by Vehicle | $ 13,160.04 | $ 13,160.04 | $ 644.15 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 65,153.85 | $ 23,970.57 | $ 644.15 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 2,299.00 | $ 478.01 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 2,299.00 | $ 478.01 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 940.98 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 6,683.05 |
| Disbursements to Creditors | $ 25,092.73 |
| **TOTAL DISBURSEMENTS:** | $ 31,775.78 |

UST Form 101-13-FR-S (9/1/2009)

       12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  09/09/2024            By:  /s Nancy Curry
                                                   Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)