Nancy Curry, Chapter 13 Trustee
1000 Wilshire Boulevard, Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| GHIUZELIAN, ROBERT DANIEL | ) Case No. 2:22-bk-10162-VZ |
| | ) |
| | ) DECLARATION RE NON-RECEIPT OF |
| | ) OBJECTIONS TO TRUSTEE'S FINAL |
| | ) REPORT & ACCOUNT |
| | ) |
| Debtor | ) |
| | ) |

On September 9, 2024, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account." This office has not received any objections to the Trustee's Final Report and Account within the period permitted by Rule 5009, or at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, CA on October 15, 2024.

/s/ Nancy Curry

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

    RE:   GHIUZELIAN, ROBERT DANIEL

        2:22-bk-10162-VZ

I declare that I am over 18 years of age and not a party to the within action; that I am employed by Nancy Curry Chapter 13 Trustee, and that on October 15, 2024, I served the within DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT to the following:

| DEBTOR | ATTORNEY |
|---|---|
| GHIUZELIAN, ROBERT DANIEL | BENJAMIN R HESTON |
| 53 MEADOW VIEW DR. | 19700 FAIRCHILD RD STE 280 |
| POMONA CA, 91766 | IRVINE, CA 92612- |

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on October 15, 2024.

                                              /S/ Elizet Cash